FILED
NOV 21 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| CURTIS SHORT, | Civil No. 3:07-CV-1630-KI |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER, issued __11/21__, 2008.

DATED this __21st__ day of __Nov__, 2008.

_____
UNITED STATES DISTRICT JUDGE

Page 1       JUDGMENT - [3:07-CV-1630-KI]